Case #
DOC NO 17 C 164-wmc
REC'D/FILED
2017 MAR -3 PM 1:19
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Glenn Weber (Plaintiff)
Trustee for the estate
of Elwood Weber (dad)

vs

Elmbrook Memorial Hospital
(Defendant)

Plaintiff is suing the above named Defendant for financial damages occurred by individuals and some staff members of the hospital violating the rights and trust which was sept up prior to the situation(s).

d, GW have checked and there are no real forms to use in a case like this so I will include these hand written papers like this to give an account of the situation(s).

pg-1

My dad - Elwood Weber was taken to EMH by ambulance during August 2011. It was determined that he had a very infected gallbadder and needed surgery, so he was admitted to the hospital that evening and was forced to give a urine sample against his will - when the docter already determined the problem.

I, GW was wearing work pants from prior warehouse job and it seemed some individual(s) didn't like my appearance(s) there, and took it out on my dad - Elwood.

As it turned out we were both poisened by RW who had it in for GW, me.

After a while the doctor at EMH asked if Elwood would be getting his surgery, and I, GW asked and discussed it with Elwood (dad) and he said - Yes.

pg 2

The ^a Doctor at EMH wanted to wait 7 days/ ^a week before going ahead with the surgery - because - he said - it was digestion concerns - (but if you are not eating - your not having digestive issues. So while - I, GW was doing one of my visit(s) to see - Elwood - who was just getting IV and anti-botics - I mentioned to the nurse (RN) that he could go into a coma, he (Dad) was somewhat responsive - seeing me - but was still in bad shape. apparently the RN mentioned what I said to other(s) - because the doctor called me back and after 3 days - of just the above mention item(s) - Elwood got his surgery to remove a very green galbladder - and getting a feeding tube to his stomach - with also 2 stays in the intensive care unit. He (Elwood) survived all that - to face a worse
pg 3 bit of item(s) upcoming.

He (Elwood) made it to his Bday and was eating regular food about 3rd wk of August 17-21 and wanted to leave EMH on Bday (me driving him home, in car) — but was not authorized to do so.

They staff member(s) and especially social worker Beth Holt — along with lawyer - Michael Yanat (Milw County) - had to interrogate my dad about several questions — this being the 3rd time — after he (Elwood) is barely recovering from life/death spero - right near Labor Day/fall about 2 wk of September. and they both snug back to talk with him (Dad) after I had just got done visiting him.

Later they told me to bring him (Elwood) clothes from home, (which I, GW got from the dresser drawer - from home and I, checked the clothes, before bringing and they were ok.)

pg-4

They said (Hospital) I, GW brought him - dirty clothes - which was - is a lie. So they throw them away - garbage - and didn't even give them back to me, GW which illustrates the point of the matter.

The hospital mentioned he was going to re-hab place - but, actually it was a costly per month - retirement home $4000/mo. It was originally mentioned about 30 days which turned into 60 days and, our lawyer who got involved later mentioned the state can keep him there for 90 days which they did.

While all this was going on another Social worker got involved and wanted to view the home, which my dad was opposed to and let me know - so that's what I said to Cassandra Dawson and her other social worker - who lied and it

pg 5

was ok by my dad (ELwood) and I told her that was a lie - which it was.

all the while this was going on - others were filing court papers to grant a guardianship against my dad - Elwood - taking control of money and estate - away from the rightful Grantor/Trustee, which once again was made up (documents) prior to this situation.

As part of these court papers(s) Cassandra Lawson (Smith, 2013) and Michael Lamet said we had no estate planning and then later said we did have it - when I/& our family lawyer showed them the Trust - but Michael Lamet violated those documents and filed court papers with county/Waukesha which was outside - the technical area. Claiming my dad - Elwood was incompetent - then withdrawing it - but still a court case occured.

pg 6

They had asked my dad (Elwood) several times prior to leaving the hospital about 4 intergotition (interviews) if he (Elwood) owned his home, and how much money did he have in the bank. Michael Yamat asked me how much $ did my dad have and I told him - it was none of his business - my dad (Elwood) felt and mentioned the same thing. Mr Yamat said it was going to court and I said we did not want that.

He (Yamat) violated the trust and the hospital, others, and Michael Yamat didn't do their due diligence in this case which makes them especially illegal, immoral, and wrongful.

I, GW was paying the bills using my dad's money which he (Elwood) authorized me to use to pay for the bills like I should.

pg. 7

The finances were then put into a joint bank account with both our names on it. Glann Weber and I, GW Elwood

was working/asking about insurance coverage for my dad's stay at EMH.

When others found out the money was transfered they did not even review the situation - the judge Lee Dreyfus - said - without also reviewing the facts and not allowing me, GW to speak as family member and legal trustee of the estate - he was in the position of give the money back to others - who didn't really have a right to $ despite there job titles or contempt of court order - jail for me - GW. When they were basically stealing the money from the Trust & estate - which they didn't earn or realistically - have a right to because our rights Elwood where prior to

pg 8

But seeing as they/state(s) have guardianship rules — which violates — individuals we the people — obvious due to the US constitution.

So as it turned out my dad (Elwood - lost his entire savings of about 147,000 with the 2.5 years of guardianship which was over him.) along with 15,000 of 6W's $ to secure a second specialty lawyer who deals in guardianship case(s) along with other expense(s) 6W - prevented from work for 4.25 year where I had to go out of state to find work/job - barely got, additional ruining for me, 6W because of these situations.

All these item(s) happened because the hospital/EMH violated did even ask or recognize the Trust/Estate planning — set up prior.

pg 9

Case: 3:17-cv-00164-wmc Document #: 1 Filed: 03/03/17 Page 9 of 15

Once again EMH didn't do their <u>due</u> diligence like they should have — which was/is — illegal. My dad (Elwood) even mentioned it when he was slightly out of it while he was recovering.

The doctors of EMH also cost my dad a lot of other trouble as well.

He (Elwood) had back pain and a EMH doctor sent him to another/different retirement which cost 8,000+/mo he was there for 1 mo because of that doctor and Joan / Easter Seals until I got (Elwood) to a more cost effective and a lot nicer place with the help of a different social worker. Brookdale Brookdale near Bluemound Rd where (Elwood) my dad was eventually pumped up with stimulate (underline) to cause him a heart attack and death (basically executed on Thanksgiving day evening

pg-10

I, GW was there visiting him that evening. Prior to that I was told that he Elwood told others to get out (room) but they didn't and did the forementioned item.

Once more it was because of the hospital/EMH which put two individuals, a family in a bad way and tremendous financial losses, because they didn't do part of their jobs and especially the due Diligent which they the hospital/EMH is required to by law.

Also the hospital/EMH basically ignored rights of the Trust and could see that GW was in certain clothes and didn't deal with a situation properly.

pg-11

They, the hospital/EMH, could see a person — not looking a certain way and decided to mess two individuals moreso after they both were poisoned by RN who had it for me, GW.

They probably have seen alot but failed to ask GW especially what's happening and the family lawyer got the case a little bit late so we/GW and Elwood got stuck with a public defender as well.

Also Cassandra Dawson-Smith — hurried it to court (emergency) which was beyond her authority a bit. and said after my comment I'll have a lawyer fight — she said a lawyer can't do anything. ★So you can get an idea of some of things and others which transpired in the case along with Easter Seal & action w/ & organess

pg 12

Another fact to be considered when my dad (Elwood) was diagnosed with cancer I, GW took him for treatment(s) (by car - I helped & drove him back & forth - home) while the doctor was stalling - (By abset kinda get testy - but by his somewhat lack of concern - hesitation - my dad (Elwood) had to get back to Hospital /EMH to recover and then "treatments" - began - other(s) & Easter Seals - expected him to give up and do Hospice (end of life spero). Due to his age they - expected for him to just die! Even when I/GW was trying to save my dad's life a doctor /EMH made a comment basically near me - that some people don't care - which was probably addressed to me, GW not looking a certain way. (Kinda so what) especially →

pg 13

considering d, GW was trying to save my dad's life from aggressive cancer
\* while I'm not feeling so good either, from 2 rounds of (acemidefen) pain killer — from multiple jaw infection (root canals) and poisoning from KW who has it in for me and it took two years later to feel better. \*previous

So you can see from these things why it is mentioned herein and why there should be financial compensation to the plaintiff for all the things and sneros which occurred and the damages which been occurred by a family who has had a slight hard time of it and a severe hard time because of a hospital (F.M). Me, GW & EW my dad realized on each other mostly worked

pg 14 — What would some else do in a case like this? Please grant $ compensation

Also(s)/attn: For proof(s) of some event(s) check the Waukesha County Courthouse for the legal paper(s) that were filed in regards to this case of the Trust for Elwood Weber.

The dates are as follows: petition/Guardianship September 2011 about 9/7-20/2011 Guardianship about 12/9/2011.

Ro the investation(s) and ask question(s).

People talk - that's how I found out about some of it. It might be considered - here say - but some of it is what happened. Some individual(s) may not care at this point, but do the due diligence here especially to show that two individuals - EW/GW hard-working with ailment - their lives matter too.

EMH

pg-15