IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLENN WEBER,

    Plaintiff,

v.

ELMBROOK MEMORIAL HOSPITAL,

    Defendant.

ORDER

Case No. 17-cv-164-wmc

---

GLENN WEBER,

    Plaintiff,

v.

EASTER SEALS SOUTHEASTERN (WISCONSIN) / MILWAUKEE,

    Defendant.

ORDER

Case No. 17-cv-165-wmc

---

GLENN WEBER,

    Plaintiff,

v.

KELLY TREU-THIEL,

    Defendant.

ORDER

Case No. 17-cv-256-wmc

---

GLENN WEBER,

    Plaintiff,

v.

RACHEL WIELAND, ET AL.,

    Defendants.

ORDER

Case No. 17-cv-257-wmc

---

Plaintiff Glenn Weber has filed a proposed civil complaint in each of the above cases. Plaintiff seeks to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Glenn Weber's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaint in each case pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 7th day of April, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge