IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN WEBER,

    Plaintiff,

v.

ELMBROOK MEMORIAL HOSPITAL,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-164-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Glenn Weber leave to proceed and dismissing this case without prejudice for lack of subject matter jurisdiction.

| /s/ | 10/19/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |